(HC)Hassan v. Morawcznski

Doc. 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HASSAN,

    Petitioner,          No. CIV S-05-2144 MCE DAD P

  vs.

FRED MORAWCZNSKI,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent shall file and serve a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

        2. If the response to petitioner's application is an answer, petitioner's reply to the answer shall be filed and served within thirty days after service of the answer; the application

1

Dockets.Justia.com

1   will be deemed submitted for decision upon the filing of petitioner's reply unless a party requests
2   an opportunity for oral argument or files a motion that must be resolved before the court
3   addresses the issues on their merits;
4              3. If the response to petitioner's application is a motion, respondent's motion
5   shall be noticed for hearing before the undersigned on a regularly scheduled law and motion
6   calendar pursuant to Local Rule 78-230(a); all motions filed in this action shall be so noticed and
7   shall be briefed in accordance with Local Rule 78-230(b), (c), and (d); and
8              4. The Clerk of the Court shall serve a copy of this order together with a copy of
9   petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 upon Jo Graves,
10  Senior Assistant Attorney General.
11  DATED: November 4, 2005.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14  DAD:13:bb
    hass2144.100f